IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-108-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JAMES ARMSTRONG HIGGINS and GREGG ALLEN JOHNSON, | |
| Defendants. | |

Pending before the Court is the motion of the United States to dismiss the forfeiture allegation (Doc. 103) contained in the indictment.

IT IS HEREBY ORDERED that the Motion is **DENIED** as moot as the forfeiture allegation contained in the indictment has already been dismissed with prejudice (Docs. 99 and 101).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 16th day April, 2021.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge

1